1 │ Norman La Force, State Bar #102772
    │ Fortune O'Sullivan & Hudson
2 │ 560 Mission Street, 21st Floor
    │ San Francisco, CA 94105
3 │ (415) 227-2300

    E-filing

4

5 │ Attorneys for Defendants
    │ Shell Vacations, LLC dba Inn at the Opera

6

7

8 │                    UNITED STATES DISTRICT COURT

9 │                 NORTHERN DISTRICT OF CALIFORNIA

10

11 │ JOANNE WOLFE,                          Case No.:

12 │            Plaintiff,                  NOTICE OF REMOVAL OF ACTION
                                            PURSUANT TO 28 U.S.C. §1441(b)
13 │        vs.                             [Federal Question Jurisdiction]

14 │ INN AT THE OPERA, SHELL VACATIONS
    │ LLC and Does 1-30, inclusive,
15
    │            Defendants.
16

17 │        TO THE CLERK OF THE ABOVE ENTITLED COURT:

18 │        PLEASE TAKE NOTICE THAT Defendant Shell Vacations LLC dba Inn at the Opera

19 │ hereby removes the state court action described below to this Court.

20 │        1. On April 30, 2007, plaintiff Joanne Wolfe, commenced an action in the Superior

21 │ Court of the State of California for the County of San Francisco entitled, Joanne Wolfe v. Inn

22 │ at the Opera, Shell Vacations LLC and Does 1-30 inclusive, Case No. CGC 07-462894. A

23 │ copy of the first amended complaint and other State Court filings are attached hereto as

24 │ Exhibit A.

25 │        2. On January 16, 2008 plaintiff amended her complaint to assert a third cause of

26 │ action under the Americans with Disabilities Act, 42 U.S.C. §§12101-12213.

27 │        3. On February 20, 2008, plaintiff served the First Amended Complaint on defendant.

28 │ This was the first notice that defendant had of this lawsuit. The defendant's proper name is

                                        -1-

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

1  Shell Vacations, LLC. It does business as Inn at the Opera. Hence, there is only one defendant

2  in this action.

3       4. Plaintiff's complaint alleges that defendant has violated the Americans with

4  Disabilities Act and seeks recovery under the Americans with Disabilities Act, 42 U.S.C.

5  §§12101-12213 for injuries she allegedly has suffered.

6       4. Pursuant to 28 U.S.C. §1332, this Court has original jurisdiction over this civil

7  action and this defendant can remove this case to this Court pursuant to 28 U.S.C. §1441(b)

8  because this case raises a federal question because plaintiff alleges a violation of the

9  Americans with Disabilities Act, 42 U.S.C. §§12101-12213.

10      5. Wherefore, defendant Shell Vacations LLC dba Inn at the Opera prays that this

11  action now pending in the Superior Court of the State of California, County of San Francisco

12  be removed to this Court.

13

14

15  Dated: March 17, 2008                    Fortune O'Sullivan & Hudson

16

17                                          By: _____

                                               Norman La Force
18                                             Attorneys for Defendant
                                               Shell Vacations, LLC dba Inn at the Opera
19

20

21

22

23

24

25

26

27

28

-2-

Defendant's Notice of Removal

ORIGINAL

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

JEROLD D. SULLIVAN, #171281
SULLIVAN & SULLIVAN
120 SOUTH SEPULVEDA BOULEVARD
MANHATTAN BEACH, CA 90266
TELEPHONE NO: 310-376-0288    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: PLAINTIFF, JOANNE WOLFE

**FILED**
**SUPERIOR COURT**
**COUNTY OF SAN FRANCISCO**

**JAN 1 6 2008**

GORDON PARK-LI, Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS: 400 MCALLISTER STREET
CITY AND ZIP CODE: SAN FRANCISCO, CALIFORNIA 94102
BRANCH NAME: CIVIC CENTER COURTHOUSE

PLAINTIFF: JOANNE WOLFE

BY _____ Deputy Clerk

DEFENDANT: INN AT THE OPERA, SHELL VACATIONS LLC and

[X] DOES 1 TO 30, Inclusive

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death |
|---|
| [X] AMENDED *(Number)*: FIRST |

Type *(check all that apply)*:
[  ] MOTOR VEHICLE        [X] OTHER *(specify)*: AMERICANS W/DIABILITIES
　　[X] Property Damage    [  ] Wrongful Death
　　[X] Personal Injury    [  ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[  ] ACTION IS A LIMITED CIVIL CASE
　　Amount demanded    [  ] does not exceed $10,000
　　　　　　　　　　　[  ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[  ] ACTION IS RECLASSIFIED by this amended complaint
　　[  ] from limited to unlimited
　　[  ] from unlimited to limited

CASE NUMBER:
CGC-07-462894

1. Plaintiff *(name or names)*: JOANNE WOLFE

   alleges causes of action against defendant *(name or names)*: INN AT THE OPERA, SHELL VACATIONS LLC

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult
   a. [  ] except plaintiff *(name)*:
   　　(1) [  ] a corporation qualified to do business in California
   　　(2) [  ] an unincorporated entity *(describe)*:
   　　(3) [  ] a public entity *(describe)*:
   　　(4) [  ] a minor [  ] an adult
   　　　　(a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   　　　　(b) [  ] other *(specify)*:
   　　(5) [  ] other *(specify)*:

   b. [  ] except plaintiff *(name)*:
   　　(1) [  ] a corporation qualified to do business in California
   　　(2) [  ] an unincorporated entity *(describe)*:
   　　(3) [  ] a public entity *(describe)*:
   　　(4) [  ] a minor [  ] an adult
   　　　　(a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   　　　　(b) [  ] other *(specify)*:
   　　(5) [  ] other *(specify)*:

   [  ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
& Plus

Code of Civil Procedure, § 425.12

A

PLD-PI-001

| SHORT TITLE: WOLFE vs. INN AT THE OPERA, et al. | CASE NUMBER:<br>CGC-07-462894 |
| --- | --- |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): INN AT THE OPERA    c. ☐ except defendant (name):

   (1) ☒ a business organization, form unknown        (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                             (5) ☐ other (specify):


   b. ☒ except defendant (name): SHELL                d. ☐ except defendant (name):
   VACATIONS, LLC

   (1) ☒ a business organization, form unknown        (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                             (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to
      plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: WOLFE vs. INN AT THE OPERA, et al. | CASE NUMBER: CGC-07-462894 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):* VIOLATION OF AMERICANS WITH DISABILITIES ACT

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☒ in the amount of: $ % AT THE LEGAL RATE.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 01-09-08

JEROLD D. SULLIVAN
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property Damage, Wrongful Death
Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE:  WOLFE vs. INN AT THE OPERA, et al | CASE NUMBER:<br>CGC-07-462894 |
|---|---|

FIRST _____ **CAUSE OF ACTION—General Negligence**                Page 4
_____
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:    JOANNE WOLFE

    alleges that defendant *(name)*:    INN AT THE OPERA, SHELL VACATIONS, LLC and

    ☒ Does 1 _____ to 5, Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* 04-28-05
at *(place):* 333 Fulton Street, San Francisco, California 94102

*(description of reasons for liability):*

Defendants, and each of them, failed to act reasonably in the maintenance,
repair and upkeep of an inadequately marked stairwell in violation of the
Americans with Disabilities Act, at the location referenced above.  Defendants,
and each of them, further failed to adequately warn patrons of a dangerous
condition on the premises, specifically an inadequately marked stairwell with no
protective barricades in front of the opening.  Defendants, and each of them, in
failing to act reasonably with regard to the stairwell, proximately caused
injuries and damages to the plaintiff which will be proven at the time of trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]                **CAUSE OF ACTION—General Negligence**     Legal
Solutions
 &Plus                Code of Civil Procedure 425 12

PLD-PI-001(4)

| | |
|---|---|
| SHORT TITLE: WOLFE vs. INN AT THE OPERA, et al. | CASE NUMBER: CGC-07-462894 |

SECOND _____    **CAUSE OF ACTION—Premises Liability**    Page 5 _____
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: JOANNE WOLFE
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 04-28-05    plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury)*:
Defendants, and each of them, failed to act reasonably in the
maintenance, repair and upkeep of the stairwell at 333 Fulton Street,
San Francisco, California 94102. Defendants, and each of them,
further failed to adequately warn patrons of a dangerous condition on
the premises, specifically, an unguarded stairwell with no protective
barricades in front of the opening. Defendants, and each of them,
with actual and/or constructive notice of the defects to the
stairwell, proximately caused injuries and damages to the plaintiff
which will be proven at the time of trial.

Prem.L-2.    [X] Count One—Negligence  The defendants who negligently owned, maintained, managed and operated
the described premises were *(names)*: INN AT THE OPERA, SHELL VACATIONS LLC

[X] Does 6 ____ to 10 _____

Prem.L-3.    [X] Count Two—Willful Failure to Warn  [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names)*:  INN AT THE OPERA, SHELL VACATIONS LLC

[X] Does 11 ____ to 15 _____
Plaintiff, a recreational user, was [ ] an invited guest [X] a paying guest.

Prem.L-4.    [X] Count Three—Dangerous Condition of Public Property  The defendants who owned public property
on which a dangerous condition existed were *(names)*: INN AT THE OPERA, SHELL
VACATIONS LLC

[X] Does 16 ____ to 20 _____
a. [X]  The defendant public entity had  [X] actual  [X] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [X]  The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] Allegations about Other Defendants  The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names)*:

[X] Does 21 ____ to 30 _____
b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [X] as follows *(names)*:Plaintiff is ignorant of
Doe defendants, however plaintiff will amend the complaint when
the true identities are known.

Page 1 of 1

### THIRD CAUSE OF ACTION

(VIOLATION OF AMERICANS WITH DISABILITIES ACT)

1.    Plaintiff re-incorporates and re-alleges each and every cause of action as if fully set forth herein.

2.    Plaintiff, Joanne Wolfe is an individual, residing at all relevant times, in the City of Oxnard, County of Los Angeles, State of California ("PLAINTIFF").

3.    Plaintiff alleges that defendant had multiple violations of the Americans with Disabilities Acts.  The plaintiff is legally blind.  Defendant, among other things, failed to instruct and warn a known blind patron of risks with the stairwell, elevator and an uneven floor in the area of the stairwell and elevator where the plaintiff fell.  Defendants failure to comply with the Americans with Disabilities Act proximately caused injuries and damages to plaintiff which will be proven at time of trial.

FEB. 22 2008 3:08 Case 3:08-cv-01491-PJH RICH NORTH AMERICA Document 1 Filed 03/18/2008 Page 9 of 9 Fax Serv NO. 2529 P. 10/65/24

2008-02-21 13:57

COPY

**SU _MONS**
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
SUMMONS

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INN AT THE OPERA, SHELL VACATIONS LLC and DOES 1 to 30, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
JOANNE WOLFE

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | CASE NUMBER: |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* | *(Número del Caso):* CGC - 462894 |

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
CIVIC CENTER COURTHOUSE
400 MCALLISTER STREET
SAN FRANCISCO, CALIFORNIA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
SULLIVAN & SULLIVAN                                                   310-376-0288
JEROLD D. SULLIVAN, #171281
120 SOUTH SEPULVEDA BOULEVARD, SUITE C
MANHATTAN BEACH, CALIFORNIA 90266        GORDON PARK-LI

| DATE: *(Fecha)* APR 3 0 2007 | Clerk, by *(Secretario)* CRISTINA E. BAUTISTA | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Shell Vacations LLC

Under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)        ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 2/

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

JOANNE WOLFE   *E-filing*

**DEFENDANTS**

INN AT THE OPERA, SHELL VACATIONS LLC and Does 1-30, inclusive

**(b)** County of Residence of First Listed Plaintiff  UNKNOWN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Jerold D. Sullivan, Esq.        (310) 376-0288
Sullivan & Sullivan
120 South Sepulveda Blvd.
Manhattan Beach, CA 90266

Attorneys (If Known)

Norman La Force, State Bar #102772        (415) 227-2300
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA  94105

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☒ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
AMERICANS WITH DISABILITIES ACT, 42 USC SEC. 12101-12213

Brief description of cause:
PLAINTIFF ALLEGES A VIOLATION OF THE AMERICAN WITH DISABILITIES ACT

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND        ☐ SAN JOSE

DATE
March 17, 2008

SIGNATURE OF ATTORNEY OF RECORD

NORMAN LA FORCE

DUPLICATE

Court Name: U.S. District Court, NDCA
  Division: 3
  Receipt Number: 34611017114
Cashier ID: bucklem
Transaction Date: 03/18/2008
Payer Name: zurich american ins co
------------------------------------
CIVIL FILING FEE
  For: shell vacations
  Case/Party: D-CAN-3-08-CV-001491-001
  Amount:       $350.00
------------------------------------
CHECK
  Check/Money Order Num: 1850430077
  Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

pjh


Checks and drafts are accepted
  subject to collections and full
  credit will only be given when the
  check or draft has been accepted by
  the financial institution on which
  it  was drawn.