Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA  94105
(415) 227-2300

Attorneys for Defendant
Shell Vacations, LLC dba Inn at the Opera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WOLFE,<br><br>        Plaintiff,<br><br>    vs.<br><br>INN AT THE OPERA, SHELL VACATIONS LLC and Does 1-30, inclusive,<br><br>        Defendants. | Case No.:  C08 01491 PJH<br><br>DEFENDANT'S RESPONSE TO THE COURT'S STANDING ORDER RE REMOVED CASES |

   Defendant Shell Vacations, LLC dba Inn at the Opera responds to the Court's Standing Order re Removed Cases as follows:

1. <u>Whether all defendants served at the time of the removal joined in the notice of removal.</u>

   There is only one defendant in this action. It is Shell Vacations, LLC which does business as Inn at the Opera.

2. <u>Whether the notice of removal was dated more than thirty (30) day after the first defendant was served.</u>

   The only defendant is Shell Vacations, LLC dba Inn at the Opera. Plaintiff served defendant with the summons and complaint on February 20, 2008 and this constituted first notice of this lawsuit.  Defendant's notice of removal is dated March 18, 2008, less than thirty days after service.

3. <u>If the action has been removed on the grounds of diversity jurisdiction, whether any defendant served at the time of the removal is a citizen of California.</u>

    Defendant removed this case based on plaintiff's claim for violation of federal law under federal question jurisdiction.

4. <u>If the action has been removed on grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including citizenship of all members or partners of any non-corporate entity.)</u>

    Defendant removed this case based on plaintiff's claim for violation of federal law under federal question jurisdiction.

Dated: March 24, 2008

Fortune O'Sullivan & Hudson

By: _____
Norman La Force
Attorneys for Defendant
Shell Vacations, LLC dba Inn at the Opera