Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA  94105
(415) 227-2300

Attorneys for Defendants
Shell Vacations, LLC dba Inn at the Opera

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WOLFE, <br><br> Plaintiff, <br><br> vs. <br><br> INN AT THE OPERA, SHELL VACATIONS LLC and Does 1-30, inclusive, <br><br> Defendants. | Case No.: C08 01491 PJH <br><br> DEFENDANT SHELL VACATIONS LLC dba INN AT THE OPERA'S ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant Shell Vacations LLC dba Inn at the Opera answers plaintiff's complaint as follows:

**FIRST DEFENSE**

1.   Paragraphs 1, 2, and 4 of the plaintiff's form complaint require no response and on that basis defendant does not respond to paragraphs 1 and 2 of the form complaint.

2.   In answer to the form complaint paragraph 3, defendant lacks sufficient information or belief to admit or deny each allegation contained in paragraph 3 and on that basis denies each allegation contained in paragraph 3 of the form complaint.

3.   In answer to paragraphs 5a. and 5b. of the form complaint, defendant admits that defendant Shell Vacations LLC is a business organization known as a limited liability company and that it does business as Inn at the Opera in San Francisco, California. Defendant denies all other allegations contained in paragraph 5 of the form complaint.

-1-

6. No response is required to paragraphs 6, 7, 8, and 9 of the form complaint and on that basis defendant does not respond to those paragraphs of the form complaint.

7. Paragraph 10 of the form complaint simply refers to attached causes of action and on that basis does not require a response. However, to the extent any such response is required, defendant denies each allegation contained in paragraph 10 of the form complaint.

8. In answer to the allegations contained in paragraph 11 of the form complaint, defendant denies each allegation contained in paragraph 11 of the form complaint.

9. No response is required to paragraphs 12 and 13 of the form complaint and on that basis defendant does not respond to those paragraphs of the form complaint.

10. Paragraph 14 of the form complaint is a prayer for relief and requires no response, however to the extent any such response is required, defendant denies each allegation contained in paragraph 14 of the form complaint.

11. Paragraph 15 of the form complaint does not require a response and on that basis defendant does not respond to paragraph 15 of the form complaint.

12. In answer to the first cause of action (or claim for relief in federal court) of the form complaint identified as such and as paragraph GN-1, defendant denies each allegation contained in paragraph GN-1 and the first cause of action or claim for relief of the form complaint.

13. In answer to the second cause of action (or claim for relief in federal court) of the form complaint identified as such and as paragraphs Prem L-1, 2, 3, 4, and 5 of the second cause of action or claim for relief of the form complaint, defendant denies each allegation contained in the second cause of action or claim for relief and each allegation contained in paragraphs Prem L-1, 2, 3, 4, and 5 of the form complaint.

14. In answer to the third cause of action (or claim for relief in federal court) of the form complaint identified as such and as paragraphs 1, 3, and 3 of the third cause of action or claim for relief, defendant denies each allegation contained in the third cause of action or claim for relief and each allegation contained in paragraphs 1, 2, and 3 of the third cause of action or claim for relief of the form complaint.

## SECOND DEFENSE

15. Plaintiff's complaint and each cause of action or claim for relief contained therein fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

16. Defendant is informed and believes, and upon such information and belief alleges that the injuries and damages alleged by plaintiff, if any there are, were proximately caused by the negligence of plaintiff, and/or persons, agencies or entities other than this answering defendant, thus requiring that any judgment against this answering defendant be proportionally reduced according to the extent of such contributing fault.

## FOURTH DEFENSE

17. Defendant alleges that the complaint and each cause of action or claim for relief therein alleged is hereby barred by the provisions of *Code of Civil Procedure* Sections 335.1, and by all other applicable statutes of limitations.

## FIFTH DEFENSE

18. Defendant alleges that the sole proximate cause of the injuries and damages, if any, allegedly suffered by plaintiff, was the negligence and fault of others, without any fault or want of care on the part of this answering defendant, or on the part of any person or entity for whose acts or omissions this answering defendant was or is legally responsible.

## SIXTH DEFENSE

19. Defendant is informed and believes, and upon such information and belief alleges, that if plaintiff suffered, or will suffer, any of the injuries, losses or damages described in her Complaint, which this answering defendant denies, then such injuries, losses or damages were caused solely by the voluntary and knowing, or implied, assumption of the risk or risks attendant to the matters complained of or alleged in the Complaint, and such knowing and voluntary, or implied, assumption of the risk absolutely bars or reduces plaintiff's right for recovery herein, if any there be, in proportion to such voluntary and knowing, or implied, assumption of the risk.

### SEVENTH DEFENSE

20. Defendant is informed and believes and thereon alleges that plaintiff failed to mitigate her damages and plaintiff should take nothing by way of this action.

### EIGHTH DEFENSE

21. Defendant alleges that it reasonably accommodated plaintiff and any disability, if any, she alleges she had and that any other or further accommodation would be unreasonably burdensome on this defendant in terms of time, money, materials, overall impact on the facility, and create potential other and further liabilities .

### NINETH DEFENSE

22. Defendant alleges on information and belief that plaintiff's claims of disability or handicap do not arise out of or result from a physiological condition affecting a basic bodily function nor does it limit a major life activity.

### TENTH DEFENSE

23. Defendant alleges on information and belief that plaintiff's injuries, if any, were legally caused in whole or in part by the concurring negligence of plaintiff's employer and/or plaintiff's co-employees; plaintiff has received or will receive from plaintiff's employer and/or its compensation carrier, the benefits of the California State Workers' Compensation program; plaintiff's recovery in this action if any, should be reduced or offset by a credit to defendant in an appropriate percentage and/or amount because of this negligence; and plaintiff's employer and its compensation carrier should be denied any lien or reimbursement of compensation paid or to be paid plaintiff.

### PRAYER

Wherefore defendant prays as follows:

1. Plaintiff taken nothing by way of her complaint and the complaint and each cause of action be dismissed;
2. Defendant is awarded costs;
3. For such other and further relief as may be just and proper.

## DEMAND FOR TRIAL BY JURY

Defendant hereby demands a trial by jury.

Dated: March 24, 2008

Fortune O'Sullivan & Hudson

By: /s/ Norman La Force
Norman La Force
Attorneys for Defendant
Shell Vacations, LLC dba Inn at the Opera