Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105

Phone:   (415) 227-2300
Fax:     (415) 227-2360

Attorneys for Defendants,
Shell Vacations, LLC dba Inn at the Opera

J. D. SULLIVAN, State Bar #98057
Sullivan Law Offices
A Professional Corporation
1650 Lucerne, Suite 201
Minden, Nevada 89423

Phone:   (775) 782-6915
Fax:     (775) 782-3439

Specially Appearing for Jerold D. Sullivan, Sullivan & Sullivan, Attorneys for Plaintiff, Joanne Wolfe, Admission to Northern District in Process

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WOLFE,<br><br>       Plaintiff,<br><br>   vs.<br><br>INN AT THE OPERA, etc.,<br><br>       Defendants. | Case No. CV-08-1491-PJH<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ADA CLAIMS AND FOR REMAND OF ACTION TO STATE COURT |

COME NOW THE PARTIES, BY AND THROUGH THEIR LEGAL COUNSEL, AND HEREBY STIPULATE, SUBJECT TO COURT ORDER, AS FOLLOWS:

The plaintiff's claims, arising under the Americans With Disabilities Act, Title 42 U.S.C. Sections 12101-12213, be and hereby are dismissed.

1  In view of the absence of a federal question, the action
2  shall be forthwith remanded to the Superior Court of
3  California, County of San Francisco, for all further
4  proceedings.

5  Date:  April 17, 2008                FORTUNE O'SULLIVAN & HUDSON
                                        NORMAN LA FORCE
6

7                                  By:  /NORMAN LA FORCE/

8                                       Attorney for Defendant
                                        Shell Vacations, LLC dba
9                                       Inn at the Opera

10

11 Dated:  April 17, 2008               SULLIVAN LAW OFFICES
                                        A Professional Corporation
12                                      J. D. SULLIVAN

13

14                                 By:  /J. D. SULLIVAN/

15                                      Attorneys Specially
                                        Appearing for Jerold D.
16                                      Sullivan, Sullivan &
                                        Sullivan, Attorneys for
17                                      Plaintiff, Joanne Wolfe,
                                        Admission to Northern
18                                      District in Process

19

20

21 IT IS SO ORDERED

22 Dated:                               _____
                                        United States District
23                                      Court

24

25

26

27

28