1  Norman La Force, State Bar #102772
   Fortune O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3
   Phone:    (415) 227-2300
4  Fax:      (415) 227-2360

5  Attorneys for Defendants,
   Shell Vacations, LLC dba Inn at the Opera
6
   J. D. SULLIVAN, State Bar #98057
7  Sullivan Law Offices
   A Professional Corporation
8  1650 Lucerne, Suite 201
   Minden, Nevada 89423
9
   Phone:    (775) 782-6915
10 Fax:      (775) 782-3439

11 Specially Appearing for Jerold
   D. Sullivan, Sullivan & Sullivan,
12 Attorneys for Plaintiff, Joanne
   Wolfe, Admission to Northern
13 District in Process

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 JOANNE WOLFE,                )  Case No. CV-08-1491-PJH
                                )
19       Plaintiff,             )  STIPULATION AND ORDER FOR
                                )  DISMISSAL OF ADA CLAIMS AND FOR
20    vs.                       )  REMAND OF ACTION TO STATE COURT
                                )
21 INN AT THE OPERA, etc.,      )
                                )
22       Defendants.            )
                                )
23

24      COME NOW THE PARTIES, BY AND THROUGH THEIR LEGAL COUNSEL,

25 AND HEREBY STIPULATE, SUBJECT TO COURT ORDER, AS FOLLOWS:

26      The plaintiff's claims, arising under the Americans With

27 Disabilities Act, Title 42 U.S.C. Sections 12101-12213, be and

28 hereby are dismissed.

STIPULATION AND ORDER FOR DISMISSAL OF ADA CLAIMS AND FOR REMAND OF
                    ACTION TO STATE COURT                   Page 1

In view of the absence of a federal question, the action shall be forthwith remanded to the Superior Court of California, County of San Francisco, for all further proceedings.

Date:  April 17, 2008        FORTUNE O'SULLIVAN & HUDSON
                             NORMAN LA FORCE

                       By:   /NORMAN LA FORCE/

                             Attorney for Defendant
                             Shell Vacations, LLC dba
                             Inn at the Opera

Dated:  April 17, 2008       SULLIVAN LAW OFFICES
                             A Professional Corporation
                             J. D. SULLIVAN

                       By:   /J. D. SULLIVAN/

                             Attorneys Specially
                             Appearing for Jerold D.
                             Sullivan, Sullivan &
                             Sullivan, Attorneys for
                             Plaintiff, Joanne Wolfe,
                             Admission to Northern
                             District in Process

IT IS SO ORDERED

Dated: 4/18/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND ORDER FOR DISMISSAL OF ADA CLAIMS AND FOR REMAND OF
                    ACTION TO STATE COURT                         Page 2