**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

April 18, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

**RE:   CV 08-1491 PJH Wolfe v. Inn at the Opera, et al.**
       **Your Case Number:  CGC-07-462894**

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)   Certified copies of docket entries

        (X)   Certified copies of Remand Order

        ( )   Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *Felicia Reloba*

        by: Felicia Reloba
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg