**RECEIVED APR 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

**ENDORSED FILED**
San Francisco County Superior Court

APR 25 2008

GORDON PARK-LI, Clerk
BY: _____ JEANETTE SANTOS
Deputy Clerk

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 18, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

**RE: CV 08-1491 PJH Wolfe v. Inn at the Opera, et al.**
**Your Case Number: CGC-07-462894**

*E-filing*

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,

                RICHARD W. WIEKING, Clerk

                *Felicia Reloba*

                by: Felicia Reloba
                Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg